Austin A. Mitchell, Appellee, v. Walter W. Geister, Appellant.

Gen. No. 10,334.

opinion filed April 21, 1949; rehearing denied June 8, 1949; released for publication June 8, 1949. Walter W. Geister, Jr., for appellant; Paul M. Hamilton, of counsel; Earl R. Shopen, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.**